IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN L. HODGE,

    Plaintiff,

v.                                              No. 1:15-cv-00571-KG-KBM

EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon a Stipulated Motion to Dismiss (Doc. 13), and the Court having reviewed the file and being fully advised that this matter has been settled, in its entirety, finds that the case should be dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:
B. Kay Shafer
Law Office of B. Kay Shafer, P.C.
6303 Indian School Rd. NE
Suite 100
Albuquerque, NM   87110
Attorney for Karen Hodge

Kendall Carter
King & Spaulding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Attorney for Equifax Information Systems, LLC
(aka Equifax, Inc.)